**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s):  ghayes@tysonmendes.com
             npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY FLORES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation; YET IDENTIFIED EMPLOYEE; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:24-cv-01493-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT OF WALMART**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that the deadline for Plaintiff Rosemary Flores to file her Response to Defendant's Motion for Summary Judgment ("Motion") be extended by 14 days to June 20, 2025. Plaintiff's counsel has requested additional time to file said Response, and Walmart's counsel has no objection to the request. The current deadline for Plaintiff's response is June 6, 2025.

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

///

///

///

///

///

1

1      IT IS SO STIPULATED.

2    DATED this 2nd day of June, 2025          DATED this 2nd day of June, 2025

3    **TYSON & MENDES LLP**                    **THE GALLIHER LAW FIRM**

5    */s/ Griffith H. Hayes*                       */s/ Keith E. Galliher*
GRIFFITH H. HAYES                        KEITH E. GALLIHER, JR.
Nevada Bar No. 7374                        Nevada Bar No. 220
NICHOLAS F. PSYK                        GEORGE J. KUNZ
Nevada Bar No. 15983                     Nevada Bar No. 12245
2835 St. Rose Parkway, Suite 140         1850 East Sahara Avenue, Suite 107
Henderson, Nevada 89052                 Las Vegas, Nevada 89104
*Attorneys for Defendant Walmart, Inc.*     *Attorneys for Plaintiff Rosemary Flores*

     Based on the parties' stipulation [ECF No. 21] and with good cause appearing, IT IS ORDERED that Plaintiff's deadline to respond to the motion for summary judgment [ECF No. 19] is extended to June 20, 2025.

UNITED STATES DISTRICT JUDGE

DATED June 4, 2025

2