**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s):  ghayes@tysonmendes.com
           npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY FLORES, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation; YET IDENTIFIED EMPLOYEE; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-01493-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>ECF No. 29 |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that the deadline for Defendant Walmart, Inc. to file its Reply in Support of Motion for Summary Judgment ("Motion") be extended by 7 days to July 10, 2025. Defendant's counsel has requested additional time to file said Reply, and Plaintiff's counsel has no objection to the request. The current deadline for Defendant's reply is July 3, 2025.

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

///

///

///

///

///

1

IT IS SO STIPULATED.

DATED this 2nd day of July, 2025

**TYSON & MENDES LLP**

/s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Walmart, Inc.*

DATED this 2nd day of July, 2025

**THE GALLIHER LAW FIRM**

/s/ Keith E. Galliher
KEITH E. GALLIHER, JR.
Nevada Bar No. 220
GEORGE J. KUNZ
Nevada Bar No. 12245
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Rosemary Flores*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED July 2, 2025