**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY FLORES, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC., a foreign corporation; YET IDENTIFIED EMPLOYEE; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>　　Defendants. | CASE NO.: 2:24-cv-01493-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 35 |

　　IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ROSEMARY FLORES, an individual, by and through her counsel, The Galliher Law Firm and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 8th day of December, 2025　　　DATED this 8th day of December, 2025

**TYSON & MENDES LLP**　　　　　　　　　**THE GALLIHER LAW FIRM**

/s/ Griffith Hayes　　　　　　　　　　　　　/s/ *Keith Galliher, Jr.*
_____　　　_____
GRIFFITH H. HAYES　　　　　　　　　　　KEITH E. GALLIHER, JR.
Nevada Bar No. 7374　　　　　　　　　　　Nevada Bar No. 220
2835 St. Rose Parkway, Suite 140　　　　　　GEORGE J. KUNZ
Henderson, Nevada 89052　　　　　　　　　Nevada Bar No. 12245
*Attorneys for Defendant Walmart, Inc.*　　　1850 East Sahara Avenue, Suite 107
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89104
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Rosemary Flores*

1

**ORDER**

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 10, 2025

**Kellene Fletcher**

| | |
|---|---|
| **From:** | Keith Galliher <KGalliher@galliherlawfirm.com> |
| **Sent:** | Friday, November 7, 2025 4:01 PM |
| **To:** | Stefania Rota Scalabrini; Deena Mooney |
| **Cc:** | Griffith Hayes; Stefanie Stromwall |
| **Subject:** | RE: Rosemary Flores vs. Walmart, Inc. - Release |

You may esign for me and submit to the court. I trust Griff.

*Keith E. Galliher, Jr., Esq.*
THE GALLIHER LAW FIRM
1850 E. Sahara Avenue, Ste. 107
Las Vegas, Nevada 89104
kgalliher@galliherlawfirm.com
Tele: 702-735-0049
Fax: 702-735-0204

**PLEASE BE ADVISED** that due to my Court schedule and the volume of emails I receive daily, I am unable to read the majority of my emails on a daily basis. Therefore, your email is not deemed by our firm as being "received" by me unless I respond to the same, nor does it constitute service on, or notification to, our firm. Unless your email is of a personal/private nature to me, please copy my Paralegal Deena Mooney, at dmooney@galliherlawfirm.com ON ALL EMAILS TO ENSURE RECEIPT. For personal emails, a follow up by telephone may be appropriate and necessary. I apologize for this inconvenience. Thank you for your cooperation.

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Friday, November 7, 2025 3:55 PM
**To:** Deena Mooney <DMooney@galliherlawfirm.com>; Keith Galliher <KGalliher@galliherlawfirm.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Stefanie Stromwall <SStromwall@galliherlawfirm.com>
**Subject:** RE: Rosemary Flores vs. Walmart, Inc. - Release

Thank you Deena.

Please see attached Stipulation and Order to Dismiss. We will let you know as soon as we receive the settlement check.

**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

1